# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FARHI SAEED BIN MOHAMMED, *et al.*,                                   :

                        :

              **Petitioner,**                    :

                        :

           **v.**                                   :          **Civil Action No. 05-1347 (GK)**

                        :

BARACK H. OBAMA, *et al.*,                                    :

                        :

           **Respondents.**               :

## ORDER

For the reasons stated in the Court's February 25, 2009, Order in Al-Adahi v. Obama, Civ. No. 05-280 [Dkt. No. 291], it is hereby

**ORDERED**, that by no later than **5:00 p.m., March 13, 2009**, Respondents shall submit a Response containing the requested refinement of their position as to the appropriate definition of "enemy combatant." Respondents are also required to indicate what, if any, response they have to footnote one of the very recent Court of Appeals decision in Kiyemba v. Obama, No. 08-5424, slip op. at 3 n.1 (D.C. Cir. Feb. 18, 2009).


February 25, 2009              /s/_____
                                Gladys Kessler
                                United States District Judge


**Copies via ECF to all counsel of record**